UNITED STATES of America,
Plaintiff—Appellee,

v.

Mack Ray LITTLE, Defendant—
Appellant.

No. 05–7180.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2006.

Decided: April 4, 2006.

Mack Ray Little, Appellant Pro Se.

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mack Ray Little appeals the district court's order denying his 18 U.S.C.

§ 3582(c)(1)(2000) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Little,* No. CR–92–27–BR (E.D.N.C. Sept. 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*